■ In the Matter of ROY TARBELL, Petitioner, v B. McAULIFFE, as Deputy Superintendent of Security of Cape Vincent Correctional Facility, Respondent. [994 NYS2d 883]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Jefferson County [James P. McClusky, J.], entered Dec. 4, 2013) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Centra, J.P., Fahey, Sconiers, Whalen and DeJoseph, JJ.